UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -     X

UNITED STATES OF AMERICA     :

     :    **WAIVER OF INDICTMENT**

- v. -      :

     :    24 Cr. 390 - VB

TIRRELL EDMUNDSON,      :

     :

Defendant.      :

- - - - - - - - - - - - - - - -     X

The above-named defendant, who is accused of violating Title 18, United States Code, Section 924(c)(1)(A)(i), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Tirrell Edmundson
Defendant

Sylvie Levine, Esq.
Counsel for Defendant

Date: White Plains, New York
June 20, 2024