```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
         -against-                  :
                                    :   24 CR 390 (VB)
Tirrell Edmundson                   :
                  Defendant.        :
--------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/24

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation dated June 20, 2024, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: July 12, 2024
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge