UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

_____US_____,
                        Plaintiff(s),

v.

_____Edmundson_____,
                        Defendant(s).
---------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___7/22/24___
```

**CALENDAR NOTICE**

_24 cr 390_ (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

___ Status conference                    ___ Final pretrial conference

___ Telephone conference                 ___ Jury selection and trial

___ Pre-motion conference                ___ Bench trial

___ Settlement conference                ___ Suppression hearing

___ Oral argument                        ___ Plea hearing

___ Bench ruling on motion               _✓_ Sentencing

on ___11-6-___, 20_24_, at ___11:00 A m___, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from _10-8-24_

All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: ___7-22-___, 20_24_
        White Plains, NY

Defendant's sentencing submission due 10/23/24. Government's submission due 10/30/2024.

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge