```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

US ,
                            Plaintiff(s),

v.

Tirrell Edmundson
                            Defendant(s).
-----------------------------------------------------------x

**CALENDAR NOTICE**

24 cr 390 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

___ Status conference          ___ Final pretrial conference

___ Telephone conference       ___ Jury selection and trial

___ Pre-motion conference      ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument              ___ Plea hearing

___ Bench ruling on motion     ✓ Sentencing

on ___11-13-___, 20_24_, at __3:00 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __11-6-24__

All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Defendant's sentencing submission due 10/30/24, ~~and~~ Government's sentencing submission due 11/6/24

Dated: __10-25-__, 20_24_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge